**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MISSOURI

Case number *(if known)* _____   Chapter   **7**

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Mansion Entertainment Group, LLC** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **92-3903007** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| | **McDermott Will & Schulte LLP**<br>**Attn: Michael Nadel**<br>**500 North Capitol Street NW**<br>**Washington, DC 20001** |
| **792 N Manasota Key Road**<br>**Englewood, FL 34223** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Sarasota** | **Location of principal assets, if different from principal place of business** |
| County | **189 Expressway Ln Branson, MO 65616** |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Mansion Entertainment Group, LLC**                                    Case number (*if known*) _____

Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor  **Mansion Entertainment Group, LLC**                          Case number (*if known*) _____
    Name

|  |  |
|---|---|
| List all cases. If more than 1, attach a separate list | Debtor _____ Relationship _____ |
|  | District _____ When _____ Case number, if known _____ |

**11.** **Why is the case filed in *this district?***     *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

                           Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

          Contact name _____

          Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    .    *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.

- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Mansion Entertainment Group, LLC**                    Case number (*if known*) _____
   Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 1, 2025**
   MM / DD / YYYY

**X** /s/ Martin Bicknell, POA for O. Gene Bicknell          **Martin Bicknell, POA for O. Gene Bicknell**
Signature of authorized representative of debtor          Printed name

Title   **Managing Member**

---

**18. Signature of attorney**

**X** /s/ Jesse L. Langford          Date **December 1, 2025**
Signature of attorney for debtor          MM / DD / YYYY

**Jesse L. Langford 64975**
Printed name

**Licata Bankruptcy Firm P.C.**
Firm name

**1442 E. Bradford Parkway**
**Springfield, MO 65804**
Number, Street, City, State & ZIP Code

Contact phone   **417-887-3328**          Email address   **bankruptcy@licatalawfirm.com**

**64975 MO**
Bar number and State

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of Missouri

In re **Mansion Entertainment Group, LLC** _____  Case No. _____
Debtor(s)  Chapter **7** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **HOURLY** |
| Prior to the filing of this statement I have received | $ | **$2,525.00** |
| Balance Due | $ | **HOURLY** |

2. $ **338.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor   ☑ Other (specify): **O. Gene Bicknell**

4. The source of compensation to be paid to me is:

   ☑ Debtor   ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

   **Representation of the debtors in any adversary proceeding or service not provided for in the executed Rights and Responsibilities Agreement.**

   **Representation of the debtors in negotiating or defending any motion for redemption of a vehicle.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December  1, 2025** _____     **/s/ Jesse L. Langford** _____
*Date*                                         **Jesse L. Langford 64975**
                                               *Signature of Attorney*
                                               **Licata Bankruptcy Firm P.C.**
                                               **1442 E. Bradford Parkway**
                                               **Springfield, MO 65804**
                                               **417-887-3328  Fax: 417-887-8091**
                                               **bankruptcy@licatalawfirm.com**
                                               *Name of law firm*

---

23Lunes Creative Animation Studio
C/O Boulware Law LLC
1600 Genessee, Suite 760
Kansas City MO 64102


Acomb Ostendorf & Associates, LLC
906 Railroad Avenue
Winter Park FL 32789


ADG Blatt PC
920 W Main Street
Oklahoma City OK 73106


Buchalter
3475 Piedmont Road, NE Suite 1100
Atlanta GA 30305


Cheek & Falcone, PLLC
6301 Waterford Blvd, Suite 320
Oklahoma City OK 73118


Crossland Construction Company Inc.
833 South East Avenue
Columbus KS 66725


Forrec US, Inc.
219 Dufferin Street, Suite 100C
Toronto, ON M6K3J1, Canada


GM Law
1201 Walnut Street, 20th Floor
Kansas City MO 64106


Hayes Magrini & Gatewood
1220 N Walker Avenue
Oklahoma City OK 73103


Lowther Johnson Attorneys at Law LLC
901 E St Louis St
20th Floor
Springfield MO 65806


Pasadena Tournament of Roses Association
391 S. Orange Grove Blvd
Pasadena CA 91105

Porter Consulting, LLC
149 Parkshore Dr.
Folsom CA 95630


The Hettema Group, Inc.
61 Valley Street
Pasadena CA 91105

# United States Bankruptcy Court
### Western District of Missouri

In re   **Mansion Entertainment Group, LLC**
_____
                                    Debtor(s)

Case No.   _____
Chapter    **7**   _____

## <u>VERIFICATION OF MAILING MATRIX</u>

The above-named Debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of my knowledge and includes the name and address of my ex-spouse (if any).

Date:   **December  1, 2025**
_____

**/s/ Martin Bicknell, POA for O. Gene Bicknell**
_____
**Martin Bicknell, POA for O. Gene Bicknell**/Managing Member
Signer/Title

**Fill in this information to identify the case:**

Debtor name   **Mansion Entertainment Group, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MISSOURI

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule*

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December  1, 2025**           X **/s/ Martin Bicknell, POA for O. Gene Bicknell**
                                                                       Signature of individual signing on behalf of debtor

                                                                       **Martin Bicknell, POA for O. Gene Bicknell**
                                                                       Printed name

                                                                       **Managing Member**
                                                                       Position or relationship to debtor

---

**Fill in this information to identify the case:**

Debtor name  **Mansion Entertainment Group, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF MISSOURI

Case number (if known)  _____

☐ Check if this is an
  amended filing

---

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $         **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................ $     **8,652.08**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................. $     **8,652.08**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................... $         **0.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $         **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$   **13,618,429.31**

4.  **Total liabilities** ....................................................................................................
    Lines 2 + 3a + 3b

$   **13,618,429.31**

**Fill in this information to identify the case:**

Debtor name  **Mansion Entertainment Group, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF MISSOURI

Case number (if known)  _____

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.  **Cash on hand** | **$8,652.08** |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      $8,652.08

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

Debtor    **Mansion Entertainment Group, LLC**                        Case number *(If known)* _____
          Name

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** See attached itemization of office equipment, furniture, etc. | **Unknown** | **N/A** | **Unknown** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | **$0.00** |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Debtor | **Mansion Entertainment Group, LLC** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

---

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

---

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71.    **Notes receivable** <br> Description (include name of obligor) | |
| 72.    **Tax refunds and unused net operating losses (NOLs)** <br> Description (for example, federal, state, local) | |
| 73.    **Interests in insurance policies or annuities** <br> **General Liability Insurance policies - The Cincinnati Insurance Co.** | **Unknown** |
| 74.    **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76.    **Trusts, equitable or future interests in property** | |
| 77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78.    **Total of Part 11.** <br> Add lines 71 through 77. Copy the total to line 90. | **$0.00** |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor **Mansion Entertainment Group, LLC**              Case number *(If known)* _____
      Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $8,652.08 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $8,652.08 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $8,652.08 |

### SCHEDULE OF FIXED ASSETS

| General Description | Netbook value of debtor's interest (where available) | Valuation method used for current value | Current value of debtors interest |
|---|---|---|---|
| Mower | $11,208.80 | | |
| Dell Marketing 11/25/15 (Monitors) | $521.08 | | |
| Dell Marketing 01/14/16 | $833.75 | | |
| Dell Marketing 01/06/16 | $2,215.34 | | |
| Office Furniture / Backstage Furniture | $350.00 | | |
| Commercial Sign | $36,655.50 | | |
| ER-5200M Cash Register 1/22/19 | $795.00 | | |
| Fieldlazer (Parking Lot Striper) | $2,162.00 | | |
| Dell Computers Inspiron AIO DT 5400 | $970.59 | | |
| Nut Machine | $2,400.00 | | |
| Lighting Console Grand MA3 Full Size | $87,900.00 | | |
| Lighting Console AVD Saphire Full Size | $23,258.10 | | |
| Dell Latitude 3420 Laptop | $811.93 | | |
| Lighting Fixtures VL260 Varilite Fixtures (x24) | $99,956.34 | | |
| Dell-XPS Desktop-MFG Kristy (AL) | $1,124.97 | | |
| Dell-Keyboard & Mouse-MEG Kristy (AL) | $43.15 | | |
| LED Video Wall | $67,622.72 | | |
| New VI 2600's & LED Lekos (x20) | $199,455.67 | | |
| 12/11/22-Best Buy iPad | $1,000.61 | | |
| Ozark Pro Audio | $5,074.83 | | |
| Amazon-Apple iPad Pro (Sound Studio) | $1,187.44 | | |
| Best Buy-Refurbished HP ProDesk Desktop Computer | $406.47 | | |
| Best Buy-Samsung 4K UHD TV | $428.40 | | |
| Ebay-Yamaha Tweeters (Mansion Sound) ns10 (x2) Studio Speakers | $448.00 | | |
| Full Motion TV Wall Mount | $142.74 | | |
| Samsung 75" Class 4KCrystal UHD LED Smart TV | $677.99 | | |
| TCL 65" Class 5-Series 4K UHGD Roku Smart TV #1 | $528.00 | | |
| TCL 65" Class 5-Series 4K UHGD Roku Smart TV #2 | $528.00 | | |

### SCHEDULE OF FIXED ASSETS

| General Description | Netbook value of debtor's interest (where available) | Valuation method used for current value | Current value of debtors interest |
|---|---|---|---|
| | | | |
| Stone Solid Productions-<br>Black Magic Microphones & Micro Converter | $2,788.17 | | |
| Best Buy-Accounting Computer | $1,482.96 | | |
| Home Depot-Return of Ice Machine for Back Stage (originally brought in BTP) | -$355.74 | | |
| American Express-B&H Photo / Video Upgrade | $2,330.47 | | |
| BearCom-Radio's for Production | $1,725.14 | | |
| Changes to BTPBalance Sheet 7/1/23 to 12/31/23 | $2,750.51 | | |
| Big Rigs Touring, LLC-<br>Custom Big Rigs 50 Channel Multipin Stage Signal Patching System with Stage Boxes | $5,346.15 | | |
| Amazon-Lenovo ThinkCentre 501 | $649.00 | | |
| Best Buy-Replacement Computer for Maintenance | $362.49 | | |

**Fill in this information to identify the case:**

Debtor name    **Mansion Entertainment Group, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MISSOURI

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name **Mansion Entertainment Group, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MISSOURI

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **23Lunes Creative Animation Studio** | ☑ Contingent | |
| | **C/O Boulware Law LLC** | ☑ Unliquidated | |
| | **1600 Genessee, Suite 760** | ☑ Disputed | |
| | **Kansas City, MO 64102** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Potential claims in equity** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$134,000.00** |
|---|---|---|---|
| | **Acomb Ostendorf & Associates, LLC** | ☑ Contingent | |
| | **906 Railroad Avenue** | ☑ Unliquidated | |
| | **Winter Park, FL 32789** | ☑ Disputed | |
| | Date(s) debt was incurred  **2023** | Basis for the claim:  **Litigation** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,600,000.00** |
|---|---|---|---|
| | **Acomb Ostendorf & Associates, LLC** | ☑ Contingent | |
| | **906 Railroad Avenue** | ☑ Unliquidated | |
| | **Winter Park, FL 32789** | ☑ Disputed | |
| | Date(s) debt was incurred  **2023** | Basis for the claim:  **Litigation** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,200,000.00** |
|---|---|---|---|
| | **ADG Blatt PC** | ☑ Contingent | |
| | **920 W Main Street** | ☑ Unliquidated | |
| | **Oklahoma City, OK 73106** | ☑ Disputed | |
| | Date(s) debt was incurred  **2023** | Basis for the claim:  **Litigation** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| Debtor | Mansion Entertainment Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.5** | **Nonpriority creditor's name and mailing address** | | $352,429.31

**Crossland Construction Company Inc.**
**833 South East Avenue**
**Columbus, KS 66725**

Date(s) debt was incurred   **2023**

Last 4 digits of account number   _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Litigation**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | | $5,400,000.00

**Forrec US, Inc.**
**219 Dufferin Street, Suite 100C**
**Toronto, ON M6K3J1, Canada**

Date(s) debt was incurred   **2023**

Last 4 digits of account number   _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Litigation**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | | $432,000.00

**Pasadena Tournament of Roses Association**
**391 S. Orange Grove Blvd**
**Pasadena, CA 91105**

Date(s) debt was incurred   _

Last 4 digits of account number   _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Litigation/All potential claims in equity**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | | $500,000.00

**Porter Consulting, LLC**
**149 Parkshore Dr.**
**Folsom, CA 95630**

Date(s) debt was incurred   **2023**

Last 4 digits of account number   _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Litigation**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | | Unknown

**The Hettema Group, Inc.**
**61 Valley Street**
**Pasadena, CA 91105**

Date(s) debt was incurred   **2023**

Last 4 digits of account number   _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Litigation**

Is the claim subject to offset? ■ No   ☐ Yes

---

### Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Buchalter**<br>**3475 Piedmont Road, NE Suite 1100**<br>**Atlanta, GA 30305** | Line   **3.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Buchalter**<br>**3475 Piedmont Road, NE Suite 1100**<br>**Atlanta, GA 30305** | Line   **3.9**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Mansion Entertainment Group, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **Cheek & Falcone, PLLC**<br>**6301 Waterford Blvd, Suite 320**<br>**Oklahoma City, OK 73118** | Line **3.4**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **GM Law**<br>**1201 Walnut Street, 20th Floor**<br>**Kansas City, MO 64106** | Line **3.2**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **GM Law**<br>**1201 Walnut Street, 20th Floor**<br>**Kansas City, MO 64106** | Line **3.3**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Hayes Magrini & Gatewood**<br>**1220 N Walker Avenue**<br>**Oklahoma City, OK 73103** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Lowther Johnson Attorneys at Law LLC**<br>**901 E St Louis St**<br>**20th Floor**<br>**Springfield, MO 65806** | Line **3.8**<br>☐ Not listed. Explain ____ | _ |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 13,618,429.31 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 13,618,429.31 |

**Fill in this information to identify the case:**

Debtor name **Mansion Entertainment Group, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MISSOURI

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Estimate/Evaluation Support Agreement dated 8/29/23** |
| State the term remaining | **NA** |
| List the contract number of any government contract | → **Acomb Ostendorf & Associates, LLC 906 Railroad Avenue Winter Park, FL 32789** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Amendment 1 to Estimate/Evaluation Support Agreement dated 9/29/23** |
| State the term remaining | **NA** |
| List the contract number of any government contract | → **Acomb Ostendorf & Associates, LLC 906 Railroad Avenue Winter Park, FL 32789** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Amendment 2 to Estimate/Evaluation Support Agreement dated 10/18/23** |
| State the term remaining | **NA** |
| List the contract number of any government contract | → **Acomb Ostendorf & Associates, LLC 906 Railroad Avenue Winter Park, FL 32789** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Architect of Record services-A1A B101 contract dated 8/29/23** |
| State the term remaining | **NA** |
| List the contract number of any government contract | → **ADG Blatt PC 920 W Main Street Oklahoma City, OK 73106** |

Debtor 1  **Mansion Entertainment Group, LLC**_____  Case number (*if known*) _____
First Name  Middle Name  Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Program management/Pre-development Services - A1A B121 Contract dated 10/4/23** | |
|---|---|---|---|
| | State the term remaining | **NA** | **ADG Blatt PC** |
| | List the contract number of any government contract | | **920 W Main Street** **Oklahoma City, OK 73106** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Manager of record agreement dated 8/10/23** | |
|---|---|---|---|
| | State the term remaining | **NA** | **Crossland Construction Company Inc.** |
| | List the contract number of any government contract | | **833 South East Avenue** **Columbus, KS 66725** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Guaranteed Maximum Price Amendment dated 10/12/23** | |
|---|---|---|---|
| | State the term remaining | **NA** | **Crossland Construction Company Inc.** |
| | List the contract number of any government contract | | **833 South East Avenue** **Columbus, KS 66725** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Construction general conditions agreement** | |
|---|---|---|---|
| | State the term remaining | **NA** | **Crossland Construction Company Inc.** |
| | List the contract number of any government contract | | **833 South East Avenue** **Columbus, KS 66725** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Architect of Record contract dated 8/29/23** | |
|---|---|---|---|
| | State the term remaining | **NA** | **Forrec US, Inc.** |
| | List the contract number of any government contract | | **219 Dufferin Street, Suite 100C** **Toronto, ON M6K3J1, Canada** |

Debtor 1    **Mansion Entertainment Group, LLC**                                    Case number *(if known)*  _____
    First Name    Middle Name    Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting agreement dated 8/8/23** | |
|---|---|---|---|
| | State the term remaining | **NA** | |
| | List the contract number of any government contract | | **Porter Consulting, LLC**<br>**149 Parkshore Dr.**<br>**Folsom, CA 95630** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting services contract dated 8/22/23** | |
|---|---|---|---|
| | State the term remaining | **NA** | |
| | List the contract number of any government contract | | **The Hettema Group, Inc.**<br>**61 Valley Street**<br>**Pasadena, CA 91105** |

**Fill in this information to identify the case:**

Debtor name    **Mansion Entertainment Group, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MISSOURI

Case number (if known)  _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | _____ <br> Street _____ <br> City _____ State _____ Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | _____ <br> Street _____ <br> City _____ State _____ Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | _____ <br> Street _____ <br> City _____ State _____ Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | _____ <br> Street _____ <br> City _____ State _____ Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name **Mansion Entertainment Group, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MISSOURI

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ■ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

   | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|
   | 4.1. **Mansion Theatre for the Perf. Arts LLC** **189 Expressway Lane** **Branson, MO 65616** **Insider** | **6/25/25** | **$8,652.08** | **Related entity being held as cash on hand for Mansion Entertainment Group, LLC** |

5. **Repossessions, foreclosures, and returns**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Mansion Entertainment Group, LLC**                                    Case number *(if known)*

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **ADG Blatt PC v. Mansion Entertainment Group, LLC** 01-25-0001-9990 | **Mediation** | **American Arbitration Association** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. **ADG Blatt PC v. Mansion Entertainment Group, LLC** CJ-2025-983 | **Civil** | **Oklahoma County District Court** **320 Robert S Kerr Ave.** **Oklahoma City, OK 73102** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. **Crossland Construction Company, Inc. v. Mansion Entertainment Group, LLC** 01-25-0000-0690 | **Mediation** | **American Arbitration Association** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.4. **Forrec US, Inc. v. Mansion Entertain Group, LLC and OGB Holdings, LLC** CJ-2024-00064 | **Civil** | **Craig County District Court** **210 W Delaware Ave.** **Vinita, OK 74301** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.5. **Porter Consulting, LLC v. Mansion Entertainment Group, LLC** 2446-CC00300 | **Civil** | **Taney County Circuit Court** **266 Main Street** **Forsyth, MO 65653** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.6. **The Hettema Group v. Mansion Entertainment Group, LLC** 01-25-0001-5430 | **Mediation** | **American Arbitration Association** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Mansion Entertainment Group, LLC**                          Case number *(if known)* _____

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Licata Bankruptcy Firm P.C.**<br>**1442 E. Bradford Parkway**<br>**Springfield, MO 65804** | **Attorney Fees** | **11/25/25** | **$5,000.00** |
| | **Email or website address**<br>**bankruptcy@licatalawfirm.com** | | | |
| | **Who made the payment, if not debtor?**<br>**O. Gene Bicknell** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

| Debtor | **Mansion Entertainment Group, LLC** | Case number *(if known)* | |
|---|---|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

---

**Part 8:**   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Branson Bank** <br> **1501 State Hwy 248** <br> **Branson, MO 65616** | **XXXX-8951** | ■ Checking <br> ☐ Savings <br> ☐ Money Market <br> ☐ Brokerage <br> ☐ Other___ | **6/25/25** | **$100.00** |
| 18.2. | **Branson Bank** <br> **1501 State Hwy 248** <br> **Branson, MO 65616** | **XXXX-8135** | ■ Checking <br> ☐ Savings <br> ☐ Money Market <br> ☐ Brokerage <br> ☐ Other___ | **6/25/25** | **$8,260.74** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Mansion Entertainment Group, LLC**                                 Case number *(if known)* _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.3. | **Branson Bank**<br>**1501 State Hwy 248**<br>**Branson, MO 65616** | **XXXX-5002** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **6/25/25** | **$100.00** |
| 18.4. | **Branson Bank**<br>**1501 State Hwy 248**<br>**Branson, MO 65616** | **XXXX-0224** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **6/25/25** | **$191.34** |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Mansion Entertainment Group, LLC** | Case number *(if known)* | |

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Kathy Gause** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Entrust CPAs and Advisors** **3046 S Delaware Suite D** **Springfield, MO 65804** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Mansion Entertainment Group, LLC** | Case number *(if known)* | |

statement within 2 years before filing this case.

■ None

| Name and address |
| --- |

27. **Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ■ No
   ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **O. Gene Bicknell** | **792 N Manasota Key Road Englewood, FL 34223** | **Sole Member** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ☐ No
   ■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| **The O. Gene Bicknell Revocable Trust** | **792 N Manasota Key Road Englewood, FL 34223** | **Sole Member** | **5/5/2023 - 11/26/25** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ■ No
   ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
| --- | --- |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor   **Mansion Entertainment Group, LLC**                          Case number *(if known)*

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December  1, 2025**

**/s/ Martin Bicknell, POA for O. Gene Bicknell**                 **Martin Bicknell, POA for O. Gene Bicknell**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

# United States Bankruptcy Court
## Western District of Missouri

In re   **Mansion Entertainment Group, LLC**

Debtor(s)

Case No.

Chapter   **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Mansion Entertainment Group, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December  1, 2025**

Date

**/s/ Jesse L. Langford**

**Jesse L. Langford 64975**

Signature of Attorney or Litigant

Counsel for   **Mansion Entertainment Group, LLC**

**Licata Bankruptcy Firm P.C.**

**1442 E. Bradford Parkway**
**Springfield, MO 65804**
**417-887-3328 Fax:417-887-8091**
**bankruptcy@licatalawfirm.com**