### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF MISSOURI

IN RE:                    )

                           )

**MANSION ENTERTAINMENT**    )   **Case No. 25-60808-BTF7-7**
**GROUP, LLC**

                           )

                           )

         **Debtor.**    )

### APPLICATION FOR ORDER AUTHORIZING TRUSTEE
### TO ACT AS ATTORNEY FOR TRUSTEE

**COMES NOW** Bruce E. Strauss, trustee of the captioned bankruptcy estate, and makes application to this Court to enter its Order authorizing him and his law firm, Merrick, Baker & Strauss, P.C., to act as attorneys for the trustee in the captioned estate, and in support of said Application, states as follows:

1.     A Petition in Bankruptcy under Chapter 7, United States Code, was filed by debtors on 12/01/2025.

2.     Bruce E. Strauss was appointed as interim trustee and is presently acting as such trustee.

3.     The trustee requires the assistance of an attorney to render the following services:

    (a)    The filing of motions and other actions to collect accounts receivable;

    (b)    the preparation of applications and proposed orders to be submitted to the court.

    (c)    the identification and prosecution of claims and causes of action assertable by the trustee on behalf of the estate herein;

    (d)    advising the trustee and preparing documents in connection with the liquidation of the assets of the estate; and

(e)     assisting and advising the trustee in performing his other official functions as set forth in Section 704 of the Bankruptcy Code.

4.      The trustee desires to employ himself and the law firm of Merrick, Baker & Strauss, P.C. under a general retainer to perform all the above-described services necessary and desirable in the administration and liquidation of this estate.

5.      The trustee and the members of his law firm have been duly admitted to practice in the State of Missouri and before this Court, and are experienced in bankruptcy matters, having previously acted as trustee and attorney for trustees in various bankruptcy cases.

6.      It is necessary and essential that the trustee employ the attorneys under a general retainer based on time and standard billable charges.   A general retainer is necessary because of the extensive legal services required for this estate.   The billing rate for Bruce E. Strauss, James L. Baker, and Victor F. Weber are $350.00 per hour.

7.      To the best of the trustee's knowledge, the members and associates of the firm of Merrick, Baker & Strauss, P.C. do not have any connection with the debtor(s), his/her/their creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee with the exception of Kathryn Strauss, the daughter of the trustee, who is employed by the United States Trustee-Region 13 and Harrison Strauss, the son of the trustee, who is a trial attorney with the Office of the United States Trustee-Region 2, and represent no interest adverse to the estate in the matters upon which it is to be retained.

8.      The trustee believes it will be in the best interests of the estate that Bruce E. Strauss and Merrick, Baker & Strauss, P. C. act as attorneys for the trustee herein.

**WHEREFORE**, the trustee requests the entry of an Order authorizing the employment of Bruce E. Strauss and his firm, Merrick, Baker & Strauss, P.C., pursuant to a

general retainer upon the terms and conditions recited above, to represent the trustee in the captioned Chapter 7 case.

MERRICK, BAKER & STRAUSS, P.C.

By:  /s/ *Bruce E. Strauss*
BRUCE E. STRAUSS        MO#26323
1044 Main Street - Suite 500
Kansas City, Missouri 64105
Telephone:   (816) 221-8855
Facsimile:   (816) 221-7886
trustee@merrickbakerstrauss.com

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing was served upon all persons requesting electronic notification on December 05, 2025.

/s/ *Bruce E. Strauss*
BRUCE E. STRAUSS

## AFFIDAVIT

STATE OF MISSOURI      )
                                          ) ss
COUNTY OF JACKSON   )

Bruce E. Strauss certifies

1.      I am an attorney at law, duly admitted to practice before this Court, and am a member of the firm of Merrick, Baker & Strauss, P.C.

2.      Neither I, my firm, nor any member of or associate thereof, insofar as I have been able to ascertain, has any connection with the above-named debtors or any other party in interest, or their respective attorneys and accountants, except that Bruce E. Strauss is the

3

Chapter 7 trustee in the captioned case.

    3.      Neither I, my firm, nor any member or associate thereof, insofar as I have been able to ascertain, represents any interest adverse to that of the debtors, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee with the exception of Kathryn Strauss, the trustee's daughter, who is employed by the United States Trustee-Region 13, and Harrison Strauss, the trustee's son, who is employed by the United States Trustee-Region 10, but neither are involved in any of this trustee's cases, in the matters upon which said law firm is to be engaged.

    4.      Based upon the foregoing, I believe the firm Merrick, Baker & Strauss, P.C. is a "disinterested person" within the meaning of Sections 101 and 327 of the Bankruptcy Code.

    5.      The firm has advised the trustee of its willingness to serve as trustee's counsel under a general retainer based on time and standard billable charges.

                                  /s/ *Bruce E. Strauss*_____
                                  BRUCE E. STRAUSS

Subscribed and sworn to before me on December 05, 2025.


                                  /s/ Lana M. Hensley, Notary Public_____

My Commission Expires: May 31, 2029
Commission No. B13540994