IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

In Re:   Mansion Entertainment Group, )   Case No. 25-60808
        LLC )
         )
        Debtor )

**Application For Fees**
**Memorandum of Receipts and Disbursements;**
**Statement of Attorney Pursuant to 11 U.S.C § 329 and Local Rule 2016-1.C**

    COMES NOW Debtor by and through counsel and hereby makes this application for fees and represents that the fee arrangement in this proceeding is as follows:

1. That Applicant, as attorney for the Debtor, has executed with the Debtor in this case a fee agreement in which counsel is to be paid on an hourly basis for representation in the pending Chapter 7.

2. The agreed upon rates are as follows in .10 hour increments where applicable:
    a. Attorney time - $400 per hour
    b. Paralegal/Legal Assistant - $150 per hour
    c. Postage expenses - current USPS first class postage rate
    d. Copies - $0.10 per page
    e. Attorney mileage - reimbursed at the IRS standard rate
    f. Software licensing expenses - actual cost incurred by the law firm

3. That Applicant has received payments from the debtor and made disbursements on behalf of the debtor, as follows:

    | | |
    |---|---|
    | Total Received | $5,338.00 |
    | **Disbursements** | |
    | Filing fee | $338 |
    | Trustee | $0 |
    | Attorney fees to date | $2525 |
    | **Total Disbursements** | $2,863 |

4. That in addition to foregoing statements, Applicant makes the following statements pursuant to Bankruptcy Rule 2016(b):

    a. The details set forth by the debtor herein in the Chapter 7 Statement concerning compensation paid and compensation promised to be paid to his attorney of record is a true, complete and accurate statement of the agreement between the debtor and the attorney of record for legal services rendered and to be rendered herein.

    b. The source of the monies paid by the debtor to the attorney of record to the best of the knowledge and belief of said attorney was: **O. Gene Bicknell**

    c. The attorney of record has not shared or agreed to share, other than with members of the law firm or corporation, any of said compensation with any other person except: **N/A**

5.      Applicant has attached as Exhibit A to this motion documentation of the time billed on this matter up until the entering of the order for relief. Applicant states that the remainder of the retainer paid by Debtor is currently being held in Applicant's trust account and that any additional request for fees will be made by motion to the court with appropriate notice to all interested parties required to receive notice of that motion, including but not limited to the United States Trustee.

    WHEREFORE, Applicant prays that the Court approve the hourly attorney fee arrangement in the above case and for such other and further relief as the court deems just and proper.

Dated: 12/17/2025

Respectfully submitted,
LICATA BANKRUPTCY FIRM, P.C.

/s/ Jesse L. Langford
Jesse L. Langford, Mo 64975
1442 E. Bradford Parkway
Springfield, MO 65804
(417) 887-3328 / Fax (417) 88-8091
bankruptcy@licatalawfirm.com
ATTORNEY FOR DEBTOR

## NOTICE OF MOTION

Within 21 days from the date of service of this notice, creditors may file objections as to why the Application should not be granted with the **U.S. Bankruptcy Court, Room 1510, U.S. Courthouse, 400 East 9th Street, Kansas City, Missouri 64106, and serve a copy on debtor's counsel.** If objections are timely filed, the Court will rule the matter from the pleadings or set the objections for a hearing, if appropriate. If no objections are filed, the Court will enter its order without further notice.

## CERTIFICATE OF SERVICE

    I hereby certify that on December 17, 2025, the foregoing was delivered via e-mail to the parties of interest that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to all creditors and parties of interest not registered to receive electronic filings on ECF.

/s/ Jesse L. Langford
ATTORNEY FOR DEBTOR