

Cases > **Mansion Entertainment Group LLC MO7**

Case details generated 12/17/2025

Date Range: 11/25/2025 - 12/01/2025

| | Total | BILLABLE | NON-BILLABLE | INVOICED | UN-INVOICED |
|---|---|---|---|---|---|
| | $2,525.00 | $2,525.00 | $0.00 | $0.00 | $2,525.00 |
| | 6.50 hour(s) | 6.50 hour(s) | 0.00 hour(s) | 0.00 hour(s) | 6.50 hour(s) |

| Date | Activity | Duration | Description | Rate | Total | Status | User |
|---|---|---|---|---|---|---|---|
| Dec 1, 2025 | Filing Document | 0.5 | Case Filing | $400.00/hr | $200.00 | Open | Jesse L. Langford |
| Dec 1, 2025 | Correspondence | 0.1 | Email /w MWE Lawyers | $400.00/hr | $40.00 | Open | Jesse L. Langford |
| Dec 1, 2025 | Phone Call | 0.2 | Phone call /w Jack Haake | $400.00/hr | $80.00 | Open | Jesse L. Langford |
| Dec 1, 2025 | Correspondence | 0.1 | Email from Jack Haake | $400.00/hr | $40.00 | Open | Jesse L. Langford |
| Dec 1, 2025 | Correspondence | 0.1 | Email from Jack Haake | $400.00/hr | $40.00 | Open | Jesse L. Langford |
| Dec 1, 2025 | Correspondence | 0.1 | Email to Michael Nadel | $400.00/hr | $40.00 | Open | Jesse L. Langford |
| Dec 1, 2025 | Document Preparation | 0.4 | Case prep | $400.00/hr | $160.00 | Open | Jesse L. Langford |
| Nov 30, 2025 | Document Preparation | 1.1 | Petition prepartion | $400.00/hr | $440.00 | Open | Jesse L. Langford |
| Nov 28, 2025 | Correspondence | 0.1 | Email to Michael / Jack | $400.00/hr | $40.00 | Open | Jesse L. Langford |
| Nov 28, 2025 | Correspondence | 0.1 | Email /w Michael Nadel | $400.00/hr | $40.00 | Open | Jesse L. Langford |
| Nov 28, 2025 | Phone Call | 0.3 | Zoom call /w Marty Bicknell | $400.00/hr | $120.00 | Open | Jesse L. Langford |
| Nov 28, 2025 | Document Review | 1.2 | Review of documents provided by MWE | $400.00/hr | $480.00 | Open | Jesse L. Langford |
| Nov 26, 2025 | Document Review | 0.2 | Review of POA | $400.00/hr | $80.00 | Open | Jesse L. Langford |
| Nov 26, 2025 | Correspondence | 0.2 | Phone call /w Jack Haake | $400.00/hr | $80.00 | Open | Jesse L. Langford |
| Nov 26, 2025 | Correspondence | 0.2 | Phone call /w Jack Haake | $400.00/hr | $80.00 | Open | Jesse L. Langford |
| Nov 26, 2025 | Correspondence | 0.1 | Email counsel | $400.00/hr | $40.00 | Open | Jesse L. Langford |
| Nov 26, 2025 | Open File | 1.2 | Initial preparation and review | $400.00/hr | $480.00 | Open | Jesse L. Langford |
| Nov 25, 2025 | Invoicing | 0.2 | Sent email & invoices. | $150.00/hr | $30.00 | Open | Jenny Tiede |
| Nov 25, 2025 | Invoicing | 0.1 | Created Invoice | $150.00/hr | $15.00 | Open | Jenny Tiede |