IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MANSION ENTERTAINMENT GROUP, LLC | ) | 25-60808-BTF7 |
| | ) | |
| | ) | |
| Debtor. | ) | |

## TRUSTEE'S APPLICATION TO EMPLOY ACCOUNTANT

**COMES NOW**, Bruce E. Strauss, Trustee, and for his Application to Employ an Accountant for the bankruptcy estate states and alleges as follows:

1. That Bruce E. Strauss (Trustee) is the duly appointed and acting panel trustee of the above captioned bankruptcy estate.

2. That to perform his duties the Trustee requires the services of an accountant to bring the records of debtor current and to file any necessary tax returns.

3. That the Trustee has contacted Leif Larsen ("Larsen") and the accounting firm of Berkeley Research Group LLC("BRG"), regarding their firm's availability to perform the services required by the estate and that Mr. Larsen has stated that they are able to perform the necessary services and have agreed to act as accountant for the Trustee's bankruptcy cases.

4. That the Trustee believes that Larsen and BRG have the necessary accounting skills and personnel needed to provide the accounting services required by the estate.

5. Expert's standard hourly billing rate is $715. BRG has agreed to a rate concession of approximately 44% for Expert on this Matter resulting in a rate of $400.40 per hour. Attached as Schedule A are rate ranges (with rate concessions) for other BRG professionals that may work on the Matter. Hourly rates may change in the future from

1

time to time and are typically adjusted annually. It is contemplated that BRG will seek compensation based upon these normal and usual hourly billing rates and that they may seek interim compensation as permitted by 11 U.S.C. Section 331.

6.　That the Trustee has attempted to determine whether Larsen and BRG are disinterested within the meaning of 11 U.S.C. Section 101(13). Attached hereto and made a part hereof is a Declaration of Leif Larsen, Associate Director supporting applicant's conclusion that Larsen and BRG are disinterested persons.

**WHEREFORE**, applicant requests that he be authorized to employ Leif Larsen and Berkeley Research Group, LLC as his accountants to render services as described in the foregoing Application, with compensation to be paid as an administrative expense in such amounts as this Court may hereinafter determine and allow.

**MERRICK, BAKER & STRAUSS, P.C.**

By:/s/*Bruce E. Strauss*
1044 Main – 500 Peck's Plaza
Kansas City, MO 64105
Telephone: (816) 221-8855
Facsimile: (816) 221-7886
ATTORNEY FOR TRUSTEE

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the attached application to employ was served electronically upon everyone requesting electronic notice on December 30th, 2025.

**MERRICK, BAKER & STRAUSS, P.C.**

/s/ *Bruce E. Strauss*
BRUCE E. STRAUSS

IN THE UNITED STATES BANKARUPTCH COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MANSION ENTERTAINMENT GROUP, LLC | ) | 25-60808-BTF7 |
| | ) | |
| | ) | |
| Debtor. | ) | |

### DECLARATION OF LEIF LARSEN, ASSOCIATE DIRECTOR

I, Leif Larsen, Associate Director, declare as follows:

1. I am a certified public accountant, experienced in rendering accounting services.

2. I am willing to accept employment by the trustee on the basis set forth in the annexed application.

3. I am not aware of an interest adverse to the trustee of the estate in regard to the matters for which I am to be employed, am unaware of any relationship with the debtors or any creditor in this case which might create a conflict of interest, and believe that I am a disinterested person within the meaning of 11 U.S.C. §327(a).

4. Expert's standard hourly billing rate is $715. BRG has agreed to a rate concession of approximately 44% for Expert on this Matter resulting in a rate of $400.40 per hour. Attached as schedule A are rate ranges (with rate concessions) for other BRG professionals that may work on the Matter. Hourly rates may change in the future from time to time and are typically adjusted annually.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of December, 2025 in Salt Lake City, Utah.

_____
Leif Larsen, Associate Director, Certified Public Accountant

3



## SCHEDULE A

| | Standard Rates | | | Rate Concessions | Approximate Rates after Rate Concession | | |
|---|---|---|---|---|---|---|---|
| Managing Director / Director | $ 795 | to | $ 930 /hr | 49% | $ 405 | to | $ 474 /hr |
| Professional Staff | $ 235 | to | $ 715 /hr | 44% | $ 132 | to | $ 400 /hr |
| Paraprofessional | $ 180 | to | $ 210 /hr | 25% | $ 135 | to | $ 158 /hr |